Brett A. ANDERSON, Appellant,

v.

Thomas J. VILSACK, Governor, State of Iowa; Gary Maynard, Director of the Iowa Department of Corrections; Lowell Brandt, Warden at the Iowa Medical and Classification Center; David Scurr, Security Director at the Iowa Medical and Classification Center; Michael Bogs, Correctional Officer at the Iowa Medical and Classification Center, Appellees.

No. 07–2999.

United States Court of Appeals, Eighth Circuit.

Submitted: Oct. 17, 2008.

Filed: Oct. 27, 2008.

Brett A. Anderson, Iowa Department of Corrections, Clarinda, IA, for Appellant.

William A. Hill, Attorney General's Office, Des Moines, IA, for Appellees.

Before MELLOY, COLLOTON, and SHEPHERD, Circuit Judges.

PER CURIAM.

Brett Anderson appeals the district court's [1] dismissal of his 42 U.S.C. § 1983 action and denial of his motion for reconsideration. After careful de novo review, *see Benton v. Merrill Lynch & Co.,* 524 F.3d 866, 870 (8th Cir.2008), we conclude that dismissal was proper for the reasons

---

1. The Honorable Robert W. Pratt, Chief Judge, United States District Court for the Southern District of Iowa.

the district court stated. We also conclude that the court did not abuse its discretion in denying Anderson's motion to reconsider the dismissal. *See United States v. Metro. St. Louis Sewer Dist.*, 440 F.3d 930, 933 (8th Cir.2006) (standard of review). Accordingly, we affirm the judgment, *see* 8th Cir. R. 47B, and we deny Anderson's request for appointment of counsel.